1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    JEREMY S. KROGER, #258956
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
     Telephone: (559) 487-5561
5
     Attorney for Defendant
6    CARL SMITH

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   NO. 1:09-cr-00336 DLB
                                      )
12                    Plaintiff,      )   STIPULATION TO CONTINUE STATUS
                                      )   CONFERENCE and
13        v.                          )   ORDER THEREON
                                      )
14   CARL SMITH,                      )   Date:  February 11, 2010
                                      )   Time:  10:00 a.m.
15                    Defendant.      )   Judge: Hon. Dennis L. Beck
                                      )
16   _____)

17

18        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19   counsel, LAUREL JACKSON MONTOYA, Assistant United States Attorney, and JEREMY S.

20   KROGER, Assistant Federal Defender, counsel for defendant CARL SMITH, that the date for status

21   conference may be continued two weeks, or as soon thereafter as is convenient to the Court.  **The date**

22   **currently set for status conference is January 28, 2010.  The requested new date is February 11, 2010,**

23   **at 10:00 a.m.**

24        The parties request this continuance to allow additional time for finalization of the plea agreement

25   prior to hearing.  The requested continuance will conserve time and resources for both counsel and the

26   Court**.**

27   ///

28   ///

1     The parties agree that the delay resulting from the continuance shall be excluded as necessary for

2  effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

3
                                                    BENJAMIN B. WAGNER
4                                                   United States Attorney

5
   DATED: January 25, 2010                 By  /s/ Laurel Jackson Montoya
6                                              LAUREL JACKSON MONTOYA
                                               Assistant United States Attorney
7                                              Attorney for Plaintiff

8

9                                                   DANIEL J. BRODERICK
                                                    Federal Defender
10

11 DATED: January 25, 2010                 By  /s/ Jeremy S. Kroger
                                               JEREMY S. KROGER
12                                             Assistant Federal Defender
                                               Attorney for Defendant
13                                             CARL SMITH

14

15

16                                **O R D E R**

17     **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

18 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

19     IT IS SO ORDERED.

20   **Dated:    January 26, 2010                   /s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28